# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN•
ARNOLD I. MAZEL
STEVEN R. UFFNER
HARVEY L. GOLDSTEIN
NEAL M. ROSENBLOOM
KEVIN J. NASH
IRIS A. ALBSTEIN
BARRY E. ZWEIGBAUM
DOUGLAS TAUS•
ROBERT W. LO SCHIAVO•
ELIZABETH SMITH••†
MATTHEW E. HEARLE

J. TED DONOVAN
DORAN I. GOLUBTCHIK
ARTHUR A. HIRSCHLER
ROBERT S. POWERS
STEPHEN BORDANARO
LISA C. NASIAK•
V. DAVID GRANIN
AUBREY E. RICCARDI•
STEVEN J. SALTZMAN
GERALD BUKARY
RANDI K. STEMPLER†
DOROTHY A. GALVIN♦
DOV BRANDSTATTER
MATTHEW J. LAMBERT
STEPHEN J. STEINLIGHT
SERGIO J. TUERO•
JENNIFER J. KIM
CHRISTOPHER R. CLARKE
J.T. HUTCHENS

22ND FLOOR
1501 BROADWAY
NEW YORK, N.Y. 10036
(212) 221-5700
TELECOPIER (212) 730-4518

MARK E. KAUFMAN
MARK NESOFF
DAVID L. SMITH•••
DAVID GALANTER
LEWIS KUPER
(OF COUNSEL)

EMANUEL GOLDBERG (1904-1988)
JACK WEPRIN (1930-1996)
BENJAMIN FINKEL (1905-1986)

• ALSO MEMBER OF NEW JERSEY BAR
• ALSO MEMBER OF TEXAS BAR
† ALSO MEMBER OF MASSACHUSETTS BAR
♦ ALSO MEMBER OF FLORIDA BAR
• ALSO MEMBER OF U.S. VIRGIN ISLANDS BAR

J. Ted Donovan
Facsimile No.: (212) 422-6836
TDonovan@GWFGlaw.com

March 19, 2010

Hon. James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

    Re:    Designer License Holding Company, LLC
            Case No. 09-17661-JMP
            Designer License Holding Company, LLC v.
            Bill Blass Group, LLC, et al.
            Adv. No. 10-02793-JMP

Dear Judge Peck:

       This will confirm that, at the request of Chambers, all matters in the above referenced case scheduled for March 25, 2010 and April 1, 2010 are adjourned to April 6, 2010 at 10:00 A.M.

                                 Respectfully yours,

                                 J. Ted Donovan

JTD:ss