UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re: : Chapter 11
 :
DESIGNER LICENSE HOLDING : Case No. 09-17661 (JMP)
COMPANY, LLC, *et al.* [1] :
 : Jointly Administered
 Debtors. :
------------------------------------------------------------ x

**ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF
ARENT FOX LLP AS ATTORNEYS FOR THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS *NUNC PRO TUNC* TO FEBRUARY 1, 2010**

Upon the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of Designer License Holding Company, LLC (together with Designer Equity Holding Company, LLC, the "Debtors"), for entry of an order authorizing the employment and retention of Arent Fox LLP ("Arent Fox") as counsel to the Committee, *nunc pro tunc* to February 1, 2010, pursuant to Section 1103(a) of Title 11 of the United States Code §§ 101 *et seq.* (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and SDNY Local Bankruptcy Rule 2014-1 (the "Local Bankruptcy Rules"); and upon the Declaration of Andrew I. Silfen (the "Silfen Declaration") in support of the Application; and it appearing that Arent Fox represents no interest adverse to the Committee, the Debtors, the Debtors' estates or their creditors with respect to the matters for which Arent Fox is to be engaged, that Arent Fox is a disinterested person as that term is defined in Section 101(14) of the Bankruptcy Code, and does not represent any entity having an adverse interest in connection with this case; and that the employment and retention of Arent Fox is necessary and in the best interests of the estates; and good and adequate notice of the Application

---

[1] The Debtors in these proceedings are Designer License Holding Company, LLC, and Designer Equity Holding Company, LLC.

having been given, and after due deliberation and sufficient cause appearing; therefor, it is hereby

ORDERED, that the Application is APPROVED and GRANTED as set forth herein; and it is further

ORDERED, that pursuant to Section 1103 of the Bankruptcy Code, and Bankruptcy Rule 2014(a) and Local Bankruptcy Rule 2014-1, the Committee is hereby authorized and empowered to employ and retain Arent Fox LLP as its counsel, effective *nunc pro tunc* to February 1, 2010, on the terms and conditions set forth in the Application, the Silfen Declaration, and on the record, and the retention of Arent Fox LLP as counsel in accordance with Arent Fox's normal hourly rates and disbursement policies as set forth in the Silfen Declaration is hereby approved, except as expressly otherwise provided herein; and it is further

ORDERED, that if at any time during the pendency of the Chapter 11 case Arent Fox increases the rates for the services with respect to the work to be performed on behalf of the Committee, Arent Fox will file a supplemental declaration with the Court describing such increases and provide notice of such to the Debtor and the United States Trustee.

ORDERED, that compensation and reimbursement of expenses to be paid to Arent Fox LLP shall be paid as an administrative expense of the Debtors' estates in such amounts as shall be allowed and determined upon appropriate applications to the Court pursuant to Sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the United States Trustee Guidelines, and all orders and such other procedures as may be fixed by the Court; and it is further

ORDERED, that compensation and reimbursement of expenses for Dr. Haishan Liu as Chinese language translator for the Committee shall be subject to 11 U.S.C. § 503(b)(3)(F) and may be sought in the fee application filed by Committee counsel; and it is further

ORDERED, that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: New York, New York
      March 22, 2010

                                                *s/ James M. Peck*
                                          Honorable James M. Peck
                                          United States Bankruptcy Judge